IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOSEPH TAYLOR,

          Plaintiff,

v.                                                      CIVIL ACTION NO.   2:23-cv-00475

WEXFORD HEALTH SOURCES,
INCORPORATED, et al.,

          Defendants.

**ORDER**

The Court has reviewed the *Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction* (Document 6) and the accompanying *Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction* (Document 7). After careful review of the same, the Court **ORDERS** that a hearing on the motion be scheduled for **3:00 p.m., today, Monday, July 10, 2023**, in **Charleston, West Virginia**.

It is further **ORDERED** that lead counsel and any unrepresented parties shall appear fully prepared to discuss the motion.   The Court further **DIRECTS** that counsel be prepared to address the implications of the class action settlement approved by the Honorable Robert C. Chambers on September 27, 2022 in Civil Action 3:18-cv-1526.   (Documents 653 & 686.)

The Court is mindful of the fact that this action was recently filed and that there is nothing in the record to indicate that the Defendants have been served.   Accordingly, the Court **DIRECTS** the Plaintiff to *immediately* serve a copy of this Order on the Defendants by personal service.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

ENTER: July 10, 2023

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA