IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**JOSEPH TAYLOR,**

        **Plaintiff,**

v.

**WEXFORD HEALTH SOURCES,**      Civil Action No.: 2:23-cv-00475
**INCORPORATED, and WEST VIRGINIA**      Honorable Irene C. Berger
**DIVISION OF CORRECTIONS AND**
**REHABILITATION,**

        **Defendants.**

## DEFENDANT WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION'S MOTION TO DISMISS

COMES NOW Defendant West Virginia Division of Corrections and Rehabilitation, by and through counsel William E. Murray, Jaden P. Rhea, and the law firm of Bailey and Wyant PLLC, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and moves that Plaintiff's Amended Complaint be dismissed with prejudice because it fails to state a claim upon which relief can be granted. The basis for Defendant's Motion to Dismiss is set forth more fully in the Memorandum of Law in Support filed contemporaneously with this Motion.

        **WEST VIRGINIA DIVISION OF**
        **CORRECTIONS AND REHABILITATION,**

        **By Counsel**

        */s/ William E. Murray*
        William E. Murray, Esq. (WVSB #2693)
        Jaden P. Rhea, Esq. (WVSB #13454)
        BAILEY & WYANT, PLLC

500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
wmurray@baileywyant.com
jrhea@baileywyant.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**JOSEPH TAYLOR,**

**Plaintiff,**

v.

**WEXFORD HEALTH SOURCES, INCORPORATED, and WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION,**

Civil Action No.: 2:23-cv-00475
Honorable Irene C. Berger

**Defendants.**

## CERTIFICATE OF SERVICE

I, the undersigned, counsel for Defendant West Virginia Division of Corrections and Rehabilitation do hereby certify that on this 19th day of September 2023, I electronically filed the foregoing *"Defendant West Virginia Division of Corrections and Rehabilitation's Motion to Dismiss"* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Lydia C. Milnes, Esq. | Sarah Grady, Esq. |
| Lesley M. Nash, Esq. | David Howard Sinkman, Esq. |
| MOUNTAIN STATE JUSTICE, INC. | KAPLAN & GRADY, LLC |
| 1029 University Ave., Suite 101 | 1953 N. Clybourn Ave., Suite 274 |
| Morgantown, West Virginia 26505 | Chicago, Illinois 60614 |
| *Counsel for Plaintiff* | *Counsel for Plaintiff – Pro Hac Vice* |

| | |
|---|---|
| Amelia Caramadre, Esq. | Jordan K. Herrick, Esq. |
| The Action Lab | Adam K. Strider, Esq. |
| Center for Health Policy and Law | BAILEY & WYANT, PLLC |
| Northeastern University School of Law | 500 Virginia Street East, Suite 600 |
| 360 Huntington Ave – 120KN | P.O. Box 3710 |
| Boston, Massachusetts 02115 | Charleston, West Virginia 25337-3710 |
| *Counsel for Plaintiff – Pro Hac Vice.* | *Counsel for Wexford Health Sources, Inc.,* |

*/s/ William E. Murray*
William E. Murray, Esq. (WVSB #2693)
Jaden P. Rhea, Esq. (WVSB #13454)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia 25337-3710
T: (304) 345-4222
F: (304) 343-3133
wmurray@baileywyant.com
jrhea@baileywyant.com