**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

JOSEPH TAYLOR

    *Plaintiff,*

  v.

WEXFORD HEALTH SOURCES, INCORPORATED,
and WEST VIRGINIA DIVISION OF CORRECTIONS
AND REHABILITATION,

    *Defendants*.

Civil Action No. 2:23cv00475
Honorable Irene C. Berger

## EXHIBIT LIST

| Exhibit | Description |
| --- | --- |
| 1 | Dr. Fingerhood Expert Report |
| 2 | Dr. Fingerhood Expert Rebuttal Report |
| 3 | 2024-01-30 Dep. of J. Taylor |
| 4 | WEX000002 - 000023 January 2023 Chart Notes |
| 5 | P000006 - 000014 Cabin Creek Records [FILED UNDER SEAL] |
| 6 | 2024-03-26 Dep. of Dr. Barbara Michael |
| 7 | 2024-02-02 WVDCR Resp. to Req. to Admit |
| 8 | 2024-02-09 Dep. of T. Kessel |
| 9 | 2024-03-14 Dep. of Dr. Fingerhood |
| 10 | P000001 – 000005 CRJ Inquires |
| 11 | 2024-04-03 Dep. of A. Amjad |
| 12 | 2024-04-05 Dep. of D. Minnix |
| 13 | P000272 - 000291 Excerpt of WVDCR and Wexford Service Contract |

| | |
|---|---|
| **14** | Wexford Death Records<br>[FILED UNDER SEAL] |
| **15** | WVDCR003212 - WVDCR003280 RFP<br>[FILED UNDER SEAL] |
| **16** | WVDCR 009850 - 009852<br>[FILED UNDER SEAL] |
| **17** | WVDCR PD 450.02 Inmates Residents with Disabilities and the ADA Act |
| **18** | WVDCR PD 453.07 Vivitrol Program<br>[FILED UNDER SEAL] |
| **19** | WEX003180 – 003182 Inmate Grievance Log |
| **20** | WEX000151 - 000153 Pharmacy Record |
| **21** | WEX001280 - 001305 Excerpt of Wexford Medical Guidelines<br>[FILED UNDER SEAL] |
| **22** | WEX000029 Opioid Use Screener |
| **23** | P000651 – 000653 January 3-5, 2023 COWS |