IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JOSEPH TAYLOR,**
   **Plaintiff,**

**v.**                                                           **Civil Action No. 2:23-cv-00475**
                                                                      **Honorable Irene C. Berger**

**WEXFORD HEALTH SOURCES,
INCORPORATED, and WEST
VIRGINIA DIVISION OF
CORRECTIONS AND
REHABILITATION,**
   **Defendants.**

## NOTICE OF SETTLEMENT

     **NOW COMES** all parties, by their respective counsel, and hereby announces to the Court that a settlement has been reached of all of Plaintiff Joseph Taylor's claims. The parties are in the process of completing that settlement and a Final Dismissal Order reflecting the dismissal of all claims with prejudice will be submitted to the Court in the next sixty (60) days. The parties also provide notice to the Court that any and all Orders Granting Writs for Transportation of the Plaintiff for June 26, 2024, and/or the Plaintiff and Fact Witnesses for Trial on July 15th are now moot.

                                                               **Respectfully submitted,**

 **/s/Jennifer E. Tully**
**William E. Murray (WV Bar #2693)**
**Jennifer E. Tully (WV Bar #9356)**
**Justin C. Taylor (WV Bar #8014)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Charleston, West Virginia 25337-3710**
**T: (304) 345-4222**
**F: (304) 343-3133**
wmurray@baileywyant.com
jtully@baileywyant.com
jtaylor@baileywyant.com
*Counsel for WVDCR Defendants*

**Reviewed and Approved By:**

**/s/ Lydia C. Milnes (w/permission)**
**Lydia C. Milnes (State Bar No. 10598)**
**Lesley Nash (State Bar No. No. 14158)**
**Mountain State Justice, Inc.**
**1029 University Ave., Ste. 101**
**Morgantown, WV 26505**
**Phone: (304) 326-0188**
**Facsimile: (304) 326-0189**
**lydia@msjlaw.org**
*Counsel for Plaintiff*

**Sarah Grady (IL Bar No. 6312933)**
**(Pro Hac Vice)**
**David Howard Sinkman**
**(NY Bar No. 4684981) (Pro Hac Vice)**
**Amelia Caramadre**
**(MA Bar No. 710230) (Pro Hac Vice)**
**Nabihah Maqbool (NY Bar No. 5717400)**
**(Pro Hac Vice)**
**Kaplan & Grady LLC**
**2071 N. Southport Ave., Ste. 205**
**Chicago, IL 60614**
**Phone: (312) 852-2184**
**Facsimile: (312) 626-6715**
**sarah@kaplangrady.com**
**sinkman@kaplangrady.com**
**amelia@kaplangrady.com**
**nabihah@kaplangrady.com**
*Counsel for Plaintiff*

**/s/ Jordan K. Herrick**
**Jordan K. Herrick (WV Bar #11128)**
**Adam K. Strider (WV Bar #12483)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia 25337-3710**
**T: (304) 345-4222**
**F: (304) 343-3133**
**jherrick@baileywyant.com**
**astrider@baileywyant.com**
*Counsel for Wexford Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# AT CHARLESTON

**JOSEPH TAYLOR,**
    **Plaintiff,**

v.

**Civil Action No. 2:23-cv-00475**
**Honorable Irene C. Berger**

**WEXFORD HEALTH SOURCES, INCORPORATED, and WEST VIRGINIA DIVISION OF CORRECTIONS AND REHABILITATION,**
    **Defendants.**

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of foregoing **"NOTICE OF SETTLEMENT"** was served upon the following parties through the Court's Electronic Case Filing (ECF) system on this day, June 25, 2024:

Jordan K. Herrick
Adam K. Strider
Bailey & Wyant, PLLC
500 Virginia Street, East, Suite 600
Charleston, WV 25301
*Attorney For: Wexford Health Sources, Inc.*

Amelia Caramadre
David H. Sinkman
Nabihah Maqbool
Sarah Grady
Kaplan & Grady, LLC
2071 N Southport Ave, Ste 205
Chicago, IL 60614
*Attorney For: Joseph Taylor*

Lydia C. Milnes
Lesley M. Nash
Mountain State Justice, Inc.
1029 University Avenue
Suite 101
Morgantown, WV  26505
*Attorney For: Joseph Taylor*

 **/s/ Jennifer E. Tully**
**William E. Murray (WV Bar #2693)**
**Jennifer E. Tully (WV Bar #9356)**
**Justin C. Taylor (WV Bar #8014)**
**BAILEY & WYANT, PLLC**
**500 Virginia Street, East, Suite 600**
**Post Office Box 3710**
**Charleston, West Virginia  25337-3710**
**T:  (304) 345-4222**
**F:  (304) 343-3133**
**wmurray@baileywyant.com**
**jtully@baileywyant.com**
**jtaylor@baileywyant.com**